United States District Court
Southern District of Texas
**ENTERED**
February 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEAN FISHER PHILLIP, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-21-3364 |
| | § | |
| TEXAS MUTUAL INSURANCE | § | |
| COMPANY AND L.C. PERSONNEL INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO DISMISS

This court has reviewed the Memorandum and Recommendation of United States Magistrate Judge Sam Sheldon signed in November 2022 and made a *de novo* determination. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that dismissal was properly granted and the complaint properly dismissed without leave to amend because the plaintiff has not exhausted her administrative remedies. The dismissal is without prejudice to the plaintiff refiling after she exhausts. The remaining motions are denied as moot. The remaining claims are dismissed without prejudice.

SIGNED on February 1, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge